# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| VIRGINIA MAYFIELD, individually and as Plaintiff ad Litem, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 10-4143-CV-C-NKL ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## ORDER APPROVING SETTLEMENT

On Friday, June 2, 2011, the parties appeared by counsel and presented evidence in support of the Joint Motion Regarding Stipulation for Compromise Settlement and Release of Claims (the "Joint Motion") [Doc. # 21], which includes the Stipulation for Compromise and Release of Claims as Exhibit A, in the above captioned matter. On June 6, 2011, United States Magistrate Judge Matt J. Whitworth recommended that the Court enter an Order granting the Joint Motion. *See* Report and Recommendation [Doc. # 23]. Having conducted an independent review of the record, the Court adopts Magistrate Judge Whitworth's Report and Recommendation in its entirety, and specifically finds as follows:

    1.    The parties' Joint Motion [Doc. # 21] is hereby approved and granted.

2. The previously filed Stipulation for Compromise Settlement and Release of Claims is approved, and said Stipulation for Compromise Settlement and Release of Claims is incorporated herewith as part of this Order, as if fully set forth herein.

3. All members of the class of individuals entitled to recover and share in the proceeds of this wrongful death action, as per Mo. Rev. Stat. § 537.080, were either present in the Court or had received notice of the hearing.

4. The Court finds that the distribution of settlement proceeds as provided in the Stipulation for Compromise Settlement and Release of Claims is equitable, in the best interests of all members of that class of individuals entitled to recover in this wrongful death action, and said distribution is ordered and approved as per the Stipulation for Compromise Settlement and Release of Claims.

5. All aspects of the settlement, as provided in the Stipulation for Compromise Settlement and Release of Claims, are found to be in compliance with and valid under Mo. Rev. Stat. §§ 537.080, 537.095 and 537.150.

IT IS SO ORDERED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: June 13, 2011
Jefferson City, Missouri